■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN P. CROOMS, Appellant, v. ROBERT J. WRIGHT, as Commissioner of the Westchester County Department of Correction, et al., Respondents.— In a habeas corpus proceeding, relator appeals from a judgment of the Supreme Court, Westchester County, entered July 1, 1971, which dismissed the writ. Appeal dismissed as moot, without costs. Relator is no longer in respondents' custody (*People ex rel. Miller* v. *Follette*, 33 A D 2d 789). We have nevertheless examined relator's contentions and find them without merit. Rabin, P. J., Hopkins, Munder, Shapiro and Brennan, JJ., concur.